EUGENE A. PERKINS, Plaintiff, *v.* GUARANTY TRUST COMPANY OF NEW YORK, Defendant, and IDONAH S. PERKINS, Respondent. GUY H. RIEGEL, Appellant.

Submitted June 3, 1938; decided July 7, 1938.

*Chauncey E. Treadwell* and *Guy Hughes Riegel* (in person) for appellant.

*George A. Ferris* and *Bartholomew A. Moynahan* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.